IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOHN FAIRCHILD and SUSIE FAIRCHILD, individually, and as Independent Administrators of, and on behalf of, the ESTATE OF KELLI LEANNE PAGE and the heirs-at-law of KELLI LEANNE PAGE,<br>*Plaintiffs*, | § § § § § § § § | |
| v. | § § | Civil Action No. 6:19-cv-29 |
| CORYELL COUNTY, TEXAS; STEVEN RUSSELL LOVELADY, and WESLEY HARLAND PELREY,<br>*Defendants*. | § § § § | |

### ORDER ON DEFENDANT STEVEN RUSSELL LOVELADY'S MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY

On this day came on to be heard the Defendant's Motion for Summary Judgment based on Qualified Immunity. The Court is of the opinion that said Motion should be GRANTED. It is THEREFORE ORDERED that Defendant's Motion for Summary Judgment based on Qualified Immunity is HEREBY GRANTED. It is further ORDERED that Plaintiffs' case is dismissed with prejudice.

SIGNED on the \_\_\_\_ day of _____, 2019.

_____
U.S. DISTRICT JUDGE

SUBMITTED BY:
/s/J. Eric Magee_____
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
**ALLISON, BASS & MAGEE, L.L.P.**
A.O. Watson House
402 W. 12th Street
Austin, Texas 78701
(512) 482-0701 telephone
(512) 480-0902 facsimile