UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOHN FAIRCHILD and SUSIE FAIRCHILD, individually, and as Independent Administrators of, and on behalf of, the ESTATE OF KELLI LEANNE PAGE and the heirs-at-law of KELLI LEANNE PAGE, | § § § § § § § | |
| Plaintiffs, | § § | CASE NO. 6:19-CV-00029-ADA-JCM |
| v. | § § | JURY DEMANDED |
| CORYELL COUNTY, TEXAS; STEVEN RUSSELL LOVELADY; and WESLEY HARLAND PELFREY, | § § § § | |
| Defendants. | | |

## ORDER DENYING DEFENDANT CORYELL COUNTY, TEXAS' MOTION FOR SUMMARY JUDGMENT PREDICATED ON THE INDIVIDUAL DEFENDANTS' QUALIFIED IMMUNITY DEFENSE

The Court considered, on the date subscribed to this order, Defendant Coryell County, Texas' Motion for Summary Judgment Predicated on the Individual Defendants' Qualified Immunity Defense (the "Motion"). After considering the Motion and the pleadings and other papers on file, the Court finds that the Motion should be and is in all things denied.

IT IS THEREFORE ORDERED that Defendant Coryell County, Texas' Motion for Summary Judgment Predicated on the Individual Defendants' Qualified Immunity Defense is Denied.

Signed on the _____ day of _____, 2019.

_____
United States Magistrate Judge

Order Denying Defendant Coryell County, Texas' Motion for Summary Judgement Predicated on the Individual Defendants' Qualified Immunity Defense – Page 1 of 1