

| Founders Square | | Telephone: 214.670.9989 |
|---|---|---|
| 900 Jackson Street, Suite 730 | LAW OFFICES OF | Fax: 214.670.9904 |
| Dallas, Texas 75202 | **DEAN MALONE** | www.deanmalonelawfirm.com |

December 20, 2019

Via Email – ejohnston@mcginnislaw.com

Mr. Eric A. Johnston
McGinnis Lochridge
600 Congress Ave., Suite 2100
Austin, Texas 78701

Via Email – e.magee@allison-bass.com

Mr. J. Eric Magee
Allison, Bass & Magee, LLP
402 W. 12th Street
Austin, Texas 78701

Via Email – cass.weiland@squirepb.com

Mr. S. Cass Weiland
Mr. Robert A. Hawkins
Squire Patton Boggs, LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201

Via Email – csmith@danielstarklaw.com

Cory W. Smith
Daniel Stark Law, PC
P.O. Box 1153
Bryan, Texas 77806

RE: *John Fairchild and Susie Fairchild, individually, and as Independent Administrators of, an on behalf of, the Estate of Kelli Leanne Page and the heirs-at-law of Kelli Leanne Page v. Coryell County, Texas, Steven Russell Lovelady, and Wesley Harland Pelfrey;* Civil Action No. 6:19-cv-00029; in the United States District Court for the Western District of Texas, Waco Division.

Dear Counsel:

I attach as Exhibit A a copy of my November 27, 2019 letter to you regarding Defendants supplementing certain discovery responses. I never received a response. I would appreciate prompt supplementation.

Specifically, with regard to Defendant Wesley Pelfrey, please supplement responses to Interrogatory Numbers 6 and 7, Request for Admission Numbers 14 through 17, and Request for Production Numbers 22, 25, 26, and 28. Regarding Defendant Steven Lovelady, please supplement responses to Interrogatory Numbers 6 and 7, Request for Admission Numbers 14 through 17, and Request for Production Numbers 22, and 25 through 28.

Sincerely,

T. Dean Malone

TDM/cmr
Attachments

Page 1 of 1

**EXHIBIT B**



Founders Square
900 Jackson Street, Suite 730
Dallas, Texas 75202

— LAW OFFICES OF —
DEAN MALONE

Telephone: 214.670.9989
Fax: 214.670.9904
www.deanmalonelawfirm.com

November 27, 2019

Via Email – ejohnston@mcginnislaw.com
Via Facsimile – (512) 495-6093

Mr. Eric A. Johnston
McGinnis Lochridge
600 Congress Ave., Suite 2100
Austin, Texas 78701

Via Email – e.magee@allison-bass.com
Via Facsimile – (512) 480-0902

Mr. J. Eric Magee
Allison, Bass & Magee, LLP
402 W. 12th Street
Austin, Texas 78701

Via Email – cass.weiland@squirepb.com
Via Facsimile – (214) 758-1550

Mr. S. Cass Weiland
Mr. Robert A. Hawkins
Squire Patton Boggs, LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201

RE: *John Fairchild and Susie Fairchild, et al. v. Coryell County, Texas, et al.*; Civil Action No. 6:19-cv-00029; In the United States District Court for the Western District of Texas, Waco Division.

Dear Counsel:

As you know, Phase 2 discovery is beginning. Since the court has not ruled on summary judgment motions on the issue of qualified immunity, I left a voicemail message for Cass asking whether Defendants were interested in filing a motion extending certain time periods in the existing scheduling order. I did not receive a response and assume the Defendants intend to comply with dates in this current scheduling order.

Therefore, please forward to me all documents and responsive items which your clients did not produce in response to Plaintiffs' written discovery requests, due to the requests allegedly seeking responsive items related to issues other than qualified immunity. I would appreciate prompt supplementation, as I intend to take the County's deposition on *Monell* issues as well as possibly other depositions. I need responsive items to prepare for those depositions. I look forward to hearing from you.

Sincerely,

T. Dean Malone

TDM/cmr

**EXHIBIT A**

Page 1 of 1