

Founders Square
900 Jackson Street, Suite 730
Dallas, Texas 75202

LAW OFFICES OF
**DEAN MALONE**

Telephone: 214.670.9989
Fax: 214.670.9904
www.deanmalonelawfirm.com

January 10, 2020

Via Email – ejohnston@mcginnislaw.com

Mr. Eric A. Johnston
McGinnis Lochridge
600 Congress Ave., Suite 2100
Austin, Texas 78701

Via Email – e.magee@allison-bass.com

Mr. J. Eric Magee
Allison, Bass & Magee, LLP
402 W. 12th Street
Austin, Texas 78701

Via Email – cass.weiland@squirepb.com

Mr. S. Cass Weiland
Mr. Robert A. Hawkins
Squire Patton Boggs, LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201

Via Email – csmith@danielstarklaw.com

Cory W. Smith
Daniel Stark Law, PC
P.O. Box 1153
Bryan, Texas 77806

RE: *John Fairchild and Susie Fairchild, individually, and as Independent Administrators of, an on behalf of, the Estate of Kelli Leanne Page and the heirs-at-law of Kelli Leanne Page v. Coryell County, Texas, Steven Russell Lovelady, and Wesley Harland Pelfrey;* Civil Action No. 6:19-cv-00029; in the United States District Court for the Western District of Texas, Waco Division.

Dear Counsel:

    I wrote to Defendants' counsel on November 27, 2019, December 20, 2019, and January 6, 2020 asking that certain written discovery responses be supplemented. Those specific responses were listed in my December 20, 2019 letter. My letters were ignored. I would obviously prefer not to file a motion to compel. However, if I do not receive amended or supplemental discovery responses on or before Tuesday, January 14, 2020, or agreement on or before that date as to when such responses will be served, I will draft a motion to compel. Hopefully, that will be unnecessary.

Sincerely,

T. Dean Malone

TDM/cmr
Enclosures

**EXHIBIT D**