

Founders Square
900 Jackson Street, Suite 730
Dallas, Texas 75202

LAW OFFICES OF
DEAN MALONE

Telephone: 214.670.9989
Fax: 214.670.9904
www.deanmalonelawfirm.com

December 9, 2019

Via Email – ejohnston@mcginnislaw.com
Via Facsimile – (512) 495-6093

Mr. Eric A. Johnston
McGinnis Lochridge
600 Congress Ave., Suite 2100
Austin, Texas 78701

Via Email – e.magee@allison-bass.com
Via Facsimile – (512) 480-0902

Mr. J. Eric Magee
Allison, Bass & Magee, LLP
402 W. 12th Street
Austin, Texas 78701

Via Email – cass.weiland@squirepb.com
Via Facsimile – (214) 758-1550

Mr. S. Cass Weiland
Mr. Robert A. Hawkins
Squire Patton Boggs, LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201

Via Email – csmith@danielstarklaw.com
Via Facsimile – (979) 764-8002

Cory W. Smith
Daniel Stark Law, PC
P.O. Box 1153
Bryan, Texas 77806

RE: *John Fairchild and Susie Fairchild, individually, and as Independent Administrators of, an on behalf of, the Estate of Kelli Leanne Page and the heirs-at-law of Kelli Leanne Page v. Coryell County, Texas, Steven Russell Lovelady, and Wesley Harland Pelfrey;* Civil Action No. 6:19-cv-00029; in the United States District Court for the Western District of Texas, Waco Division.

Dear Counsel:

I attach Plaintiffs' Fourth Set of Discovery Requests to Defendant Coryell County, Texas.

Sincerely,

*Christina M. Rios*

Christina M. Rios
Legal Assistant

/cmr
Attachment

EXHIBIT E

Page 1 of 1



**Founders Square**
900 Jackson Street, Suite 730
Dallas, Texas 75202

— LAW OFFICES OF —
**DEAN MALONE**

Telephone: 214.670.9989
Fax: 214.670.9904
www.deanmalonelawfirm.com

December 12, 2019

Via Email – ejohnston@mcginnislaw.com
Via Facsimile – (512) 495-6093

Mr. Eric A. Johnston
McGinnis Lochridge
600 Congress Ave., Suite 2100
Austin, Texas 78701

Via Email – e.magee@allison-bass.com
Via Facsimile – (512) 480-0902

Mr. J. Eric Magee
Allison, Bass & Magee, LLP
402 W. 12th Street
Austin, Texas 78701

Via Email – cass.weiland@squirepb.com
Via Facsimile – (214) 758-1550

Mr. S. Cass Weiland
Mr. Robert A. Hawkins
Squire Patton Boggs, LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201

Via Email – csmith@danielstarklaw.com
Via Facsimile – (979) 764-8002

Cory W. Smith
Daniel Stark Law, PC
P.O. Box 1153
Bryan, Texas 77806

RE: *John Fairchild and Susie Fairchild, individually, and as Independent Administrators of, an on behalf of, the Estate of Kelli Leanne Page and the heirs-at-law of Kelli Leanne Page v. Coryell County, Texas, Steven Russell Lovelady, and Wesley Harland Pelfrey;* Civil Action No. 6:19-cv-00029; in the United States District Court for the Western District of Texas, Waco Division.

Dear Counsel:

Attached please find the following documents for the above-referenced case:

1) Plaintiffs' Third Set of Discovery Requests to Defendant Wesley Harland Pelfrey; and

2) Plaintiff's Fourth Set of Discovery Requests to Defendant Steven Russell Lovelady.

Sincerely,

T. Dean Malone

TDM/cmr
Attachments