

Founders Square
900 Jackson Street, Suite 730
Dallas, Texas 75202

LAW OFFICES OF
DEAN MALONE

Telephone: 214.670.9989
Fax: 214.670.9904
www.deanmalonelawfirm.com

December 23, 2019

Via Email – ejohnston@mcginnislaw.com
Via First Class Mail

Mr. Eric A. Johnston
McGinnis Lochridge
600 Congress Ave., Suite 2100
Austin, Texas 78701

Via Email – e.magee@allison-bass.com
Via First Class Mail

Mr. J. Eric Magee
Allison, Bass & Magee, LLP
402 W. 12th Street
Austin, Texas 78701

Via Email – cass.weiland@squirepb.com
Via First Class Mail

Mr. S. Cass Weiland
Mr. Robert A. Hawkins
Squire Patton Boggs, LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201

Via Email – csmith@danielstarklaw.com
Via First Class Mail

Cory W. Smith
Daniel Stark Law, PC
P.O. Box 1153
Bryan, Texas 77806

RE: *John Fairchild and Susie Fairchild, individually, and as Independent Administrators of, an on behalf of, the Estate of Kelli Leanne Page and the heirs-at-law of Kelli Leanne Page v. Coryell County, Texas, Steven Russell Lovelady, and Wesley Harland Pelfrey*; Civil Action No. 6:19-cv-00029; in the United States District Court for the Western District of Texas, Waco Division.

Dear Counsel:

I attach the Second Notice to Take Oral Deposition of Defendant Coryell County, Texas (Phase 2 Discovery Period), which notices Coryell County's deposition for 9:00 a.m. on Tuesday, January 28, 2020. It is my understanding that all counsel, other than Mr. Johnston, have agreed to that date. Please notify me as soon as possible if the noticed date and time will not work. I would also like to take depositions of Cheryl Pruitt and Tyrell Washington. Please notify me as to whether I can take those depositions on the same date.

Sincerely,

T. Dean Malone

TDM/vgl
Enclosures

EXHIBIT G