UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOHN FAIRCHILD and SUSIE, FAIRCHILD, individually, and as Independent Administrators of, and on behalf of, the ESTATE OF KELLI LEANNE PAGE and the heirs-at-law of KELLI LEANNE PAGE,<br><br>Plaintiffs,<br><br>v.<br><br>CORYELL COUNTY, TEXAS; STEVEN RUSSELL LOVELADY; and WESLEY HARLAND PELFREY,<br><br>Defendants. | CASE NO. 6:19-cv-00029-ADA-JCM<br><br>JURY DEMANDED |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that John Fairchild and Susie Fairchild, individually, and as Independent Administrators of, and on behalf of, the Estate Of Kelli Leanne Page and the heirs-at-law of Kelli Leanne Page, Plaintiffs, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the following Orders entered in this action on February 25, 2020:

Order Granting Defendant Coryell County, Texas's Motion for Summary Judgment;

Order Granting Defendant Wesley Pelfrey's Motion for Summary Judgment;

Order Granting Defendant Steven Russell Lovelady's Motion for Summary Judgment.

Respectfully submitted,

    /s/ T. Dean Malone  
T. Dean Malone  
Attorney-in-charge  
Texas State Bar No. 24003265  
Law Offices of Dean Malone, P.C.  
900 Jackson Street  
Suite 730  
Dallas, Texas 75202  
Telephone:   (214) 670-9989  
Telefax:      (214) 670-9904  
dean@deanmalone.com

Of Counsel:

Michael T. O'Connor  
Texas State Bar No. 24032922  
Law Offices of Dean Malone, P.C.  
900 Jackson Street  
Suite 730  
Dallas, Texas 75202  
Telephone:   (214) 670-9989  
Telefax:      (214) 670-9904  
michael.oconnor@deanmalone.com

/s/ Bruce K. Thomas  
Bruce K. Thomas  
Texas State Bar No. 19844300  
Law Office of Bruce K. Thomas  
12900 Preston Road, Ste 590  
Dallas, Texas 75230  
Telephone/Fax: (214)296-9650  
bthomas@bthomaslaw.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorneys:

    Eric A. Johnston
    McGinnis Lochridge LLP
    600 Congress Ave., Suite 2100
    Austin, Texas 78701
    ATTORNEY FOR DEFENDANT
    CORYELL COUNTY, TEXAS

    J. Eric Magee
    Allison, Bass & Magee, L.L.P.
    A.O. Watson House
    402 W. 12th Street
    Austin, Texas 78701
    ATTORNEYS FOR DEFENDANT
    STEVEN RUSSELL LOVELADY

    S. Cass Weiland
    Robert A. Hawkins
    Squire Patton Boggs LLP
    2000 McKinney Ave., Suite 1700
    Dallas, Texas 75201
    ATTORNEYS FOR DEFENDANT
    WESLEY HARLAND PELFREY

    /s/ Bruce K. Thomas
    Bruce K. Thomas